| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

ZAVIEN LENOY CANADA, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:19-CV-101
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Zavien Lenoy Canada, formerly an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit.

    The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this action without prejudice.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

    Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. The court will enter a final judgment in this case in accordance with the Magistrate Judge's recommendation.

    SIGNED at Beaumont, Texas, this 8th day of July, 2019.

                                                                  MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE